**ANDERSON v. BENJAMIN, ex use, etc.**

APPEAL-FROM CLARK CIRCUIT COURT.

Hon. E. J. SEARLE, *Circuit Judge.*

*James L. Witherspoon,* for Appellant.

BENNETT, J.—No motion for a new trial having been filed in the court below, this case stands the same as *Merriweather vs. Erwin; Steck vs. Mahar,* etc., and others.

GREGG, J., dissenting, says: For the same reasons stated in the case of *James H. Merriweather vs. Elint Erwin,* I dissent from the opinion of a majority of the court in this case.